# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ALVIN WILLIAMS,**

                  **Plaintiff,**

**-vs-**                                                            **Case No. 6:04-cv-1412-Orl-31JGG**

**COMMISSIONER OF SOCIAL SECURITY,**

_____

## ORDER

After consideration of the Plaintiff's uncontested motion for an award of attorney's fees, expenses and costs under the Equal Access to Justice Act, 28 U.S.C. § 2412 (Doc. 23), and the exhibits thereto, it is

**ORDERED** that the motion is **GRANTED**. The Defendant shall pay to Plaintiff's counsel an attorney's fee in the amount of $2,630.95 and expenses in the amount of $30.25, for a total award of fees, expenses and costs of $2,661.20.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 7, 2006.

                                                                                  GREGORY A. PRESNELL
                                                             UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party